■ Frank B. Iacovangelo, as Administrator of the Estate of Goldie Gilchrist, Also Known as "Goldy Bond," Appellant, v David Shepherd et al., Respondents. [782 NYS2d 210]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered April 7, 2003. The order granted defendants' motion for summary judgment dismissing the amended complaint for lack of jurisdiction.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pine, J.P., Scudder, Kehoe, Martoche and Lawton, JJ.